UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | | |
|---|---|---|
| JAMES E. PRATT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:17-CV-207 ACL |
| | ) | |
| JOHN JORDAN, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM AND ORDER

Plaintiff moves for leave to proceed in forma pauperis in this civil action under 42 U.S.C. § 1983  Under 28 U.S.C. § 1915(a)(1), plaintiff is required to submit a financial affidavit in support of his motion for leave to proceed in forma pauperis.  Plaintiff has submitted a financial affidavit stating that he is employed, but he has not listed his earnings per month as required.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk is directed to send plaintiff another CJA 23 financial affidavit.

**IT IS FURTHER ORDERED** that plaintiff must complete the affidavit, including his earnings per month, and return it to the Court no later than **December 16, 2017**.

Dated this 6th day of December, 2017.

_____
ABBIE CRITES-LEONI
UNITED STATES MAGISTRATE JUDGE